IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EFRAIN RODRIGUEZ, | ) | |
| | ) | |
| Movant, | ) | Case No. 3:11-1076 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a Certificate of Appealability under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___3rd___ day of November, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge